MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Raymond L. Dockter and Kathy D. Dockter
Chapter 7 Case No. 10-30869

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Auto Finance<br>AZ1-1192, 201 N. Central Ave<br>Phoenix, AZ 85004 | 6 | 1,657.34 | 2.15 |
| Healthspan Services, DBA Reliance Recoveries<br>6160 Summit Dr, Ste 420<br>Brooklyn Center, MN 55430 | 7 | 1,055.10 | 1.37 |
| Chase Bank USA NA c/o Creditors BKY SVC<br>PO Box 740933, Dallas, TX 75374 | 8 | 403.71 | 0.52 |
| GE Money Bank c/o Recovery Management<br>25 SW 2nd Ave Ste 1120, Miami FL 33131 | 9 | 2,968.06 | 3.84 |
| GE Money Bank c/o Recovery Management<br>25 SW 2nd Ave Ste 1120, Miami FL 33131 | 10 | 3,286.24 | 4.26 |
| U.S. Bank, N.A.<br>PO Box 5229, Cincinnati, OH 45201 | 12 | 2,065.17 | 2.67 |

RECEIVED 11 AUG 10 AM 11:26 U.S. BANKRUPTCY COURT ST PAUL, MN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Raymond L. Dockter and Kathy D. Dockter
Chapter 7 Case No. 10-30869

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| U.S. Bank, N.A.<br>PO Box 5229, Cincinnati, OH 45201 | 13 | 1,477.03 | 1.91 |
| U.S. Bank, N.A.<br>PO Box 5229, Cincinnati, OH 45201 | 14 | 352.61 | 0.46 |
| U.S. Bank, N.A.<br>PO Box 5229, Cincinnati, OH 45201 | 15 | 3,440.05 | 4.45 |
| U.S. Bank, N.A.<br>PO Box 5229, Cincinnati, OH 45201 | 17 | 1,418.46 | 1.84 |
| American Express Bank c/o Becket and Lee LLP<br>PO Box 3001, Malvern, PA 19355 | 18 | 3,469.60 | 4.53 |
| World's Foremost Bank, Cabela's Club Visa<br>PO Box 82609, Lincoln, NE 68501 | 19 | 3,193.70 | 4.14 |
| Total | | | $32.14 |

Date: August 8, 2011

_____
Trustee

RECEIVED 11 AUG 10 AM 11:26 U.S. BANKRUPTCY COURT ST. PAUL, MN